UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-23934-CIV-KING/WHITE

LEROY TERRY,

    Plaintiff,

v.

JUAN MONSERRATE, et al.,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING
## REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court upon the April 11, 2011 Report and Recommendation ("R&R") of Magistrate Judge Patrick A. White (DE #19), recommending the above-styled case proceed against Defendant Dr. Juan Monserrate only, and that the remaining defendants be dismissed pursuant to 28 U.S.C. § 1915(A)(b)(1) for failure to state a claim upon which relief may be granted. The R&R specifically recommends the dismissal of Defendants Vivian Bonet, Ernesto Alvarez, Kenny Atkinson, Ronald Holt, and Harley G. Lappin. No objections to the R&R have been filed, and the time for filing objections to the R&R has now expired.

After a thorough review of the record, the Court concludes that the R&R contains well-reasoned recommendations. Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Magistrate Judge Patrick A. White's April 11, 2011 Report and Recommendation **(DE #19)** be, and the same is, hereby **AFFIRMED and ADOPTED**.

2. Plaintiff's claims against Defendants Vivian Bonet, Ernesto Alvarez, Kenny Atkinson, Ronald Holt, and Harley G. Lappin are **DISMISSED.**

3. This case shall **PROCEED** against Juan Monserrate, M.D.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 2nd day of May, 2011.

/s/ James Lawrence King
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE

cc: Magistrate Judge Patrick A. White

*Plaintiff*

**Leroy Terry**
Reg. No. 04424-052
c/o The Salvation Army
Residential Re-Entry Center
1577 North Military Trail
West Palm Beach, FL 33430
PRO SE